IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 22-01857-004-TUC-JCH (BGM) |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | (Forfeiture Judgment $4,699.98) |
| Carlos Martinez, | |
| Defendant. | |

The defendant pled guilty to Counts Eight through Ten of the Superseding Indictment, which charges him with Making False Statements in Connection with Purchase of Firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The United States moves under Title 18 United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit one (1) Glock 19, 9mm caliber pistol, semi-automatic rifle, bearing serial number BDLN847 and one (1) FN, Scar 17S, 7.62 x51mm rifle, bearing serial number H1C14149 (hereinafter "Firearms Not Seized"), which constitutes firearms involved in or used in violation of the offense to which the defendant pled guilty.

The United States has established that pursuant to Title 21, United States Code, Section 853(p), that the Firearms Not Seized, a) cannot be located upon the exercise of due diligence; b) have been transferred or sold to, or deposited with, a third party; c) have been placed beyond the jurisdiction of the court; d) have been substantially diminished in

value; or e) have been commingled with other property which cannot be divided without difficulty.

The United States has established that the value of the Firearms Not Seized is $4,699.98 in United States currency.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(p), the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of $4,699.98 in United States currency.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $4,699.98 in United States currency.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the defendant shall receive credit for payments made by codefendants up to the amounts listed below:

      1.    Julian Canastillo    $80,866.39
      2.    Omar Trujillo, Jr.    $28,656.19

///

1  IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of
2  this Order to defendant's counsel of record.
3  DATED this 8th day of January, 2025.

*Maria S. Aguilera*
MARIA S. AGUILERA
United States Magistrate Judge

*United States of America v. Carlos Martinez*
*Order of Forfeiture – Page 3 of 3*